## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-CV-60104

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**AGS MARKETING CORPORATION D/B/A AAABLE INSURANCE AGENCY, ET AL**


OJF2020001006

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 16th day of January, 2020 at 4:28 pm to be served on **AGS MARKETING CORPORATION D/B/A AAABLE INSURANCE AGENCY LOTT, ERIN L, AS REGISTERED AGENT, 4480 SW 64TH AVE, DAVIE, FL 33314**.

I, ANDREW KARP, do hereby affirm that on the **24th day of January, 2020** at **11:05 am, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SUSAN PONCHOT** EMPLOYEE OF ERIN L. LOTT at the address of: **4480 SW 64TH AVE, DAVIE, FL 33314** as **registered agent** for **AGS MARKETING CORPORATION D/B/A AAABLE INSURANCE AGENCY LOTT, ERIN L, AS REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2020001006